United States District Court

Eastern District of California

Aaron Paul Vanover,

    Plaintiff,       No. Civ. S-06-0237 FCD PAN P

  vs.                Order

Taser International Inc.,

    Defendants.

-oOo-

    Plaintiff, a state prisoner without counsel, seeks to commence a civil rights action pursuant to 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1).

    Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period

1  immediately preceding the filing of the complaint . . . ,
2  obtained from the appropriate official of each prison at which
3  the prisoner is or was confined." Plaintiff has not complied
4  with section 1915(a)(2).
5     Within 30 days, plaintiff may submit the required trust
6  account statement.  Otherwise this file will be closed.
7     So ordered.
8     Dated:  February 14, 2006.

                          /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge