IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON PAUL VANOVER,

    Plaintiff,   No. CIV S-06-0237 FCD PAN P

    vs.

TASER INTERNATIONAL, INC.,

    Defendants.   <u>ORDER FOR PAYMENT</u>

    _____/   <u>OF INMATE FILING FEE</u>

To: The Commander, Sacramento County Jail, 651 I Street, Sacramento, California 95814:

    Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $250.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Sacramento County Jail is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

    In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

    1. The Commander of the Sacramento County Jail or a designee shall collect monthly payments from plaintiff's prison trust account in an amount equal to twenty percent

1  (20%) of the preceding month's income credited to the prisoner's trust account and shall forward
2  those payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in
3  accordance with 28 U.S.C. § 1915(b)(2) until a total of $250.00 has been collected and forwarded
4  to the Clerk of the Court.  The payments shall be clearly identified by the name and number
5  assigned to this action.
6         2. The Clerk of the Court is directed to serve a copy of this order and a copy of
7  plaintiff's in forma pauperis affidavit on Commander, Sacramento County Jail, 651 I Street,
8  Sacramento, California 95814.
9         3. The Clerk of the Court is directed to serve a copy of this order on the Financial
10 Department of the court.
11 DATED: May 17, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; vano0237.cdc